1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| STEVEN TEEAR, | Case No.: 22-CV-1018 JLS (WVG) |
|---|---|
| Plaintiffs, | |
| v. | **ORDER (1) RECUSING FROM CASE AND (2) REQUESTING REASSIGNMENT** |
| CIGNA CORPORATION; CIGNA GLOBAL INSURANCE COMPANY LIMITED; CIGNA GLOBAL INDIVIDUAL HEALTH; and DOES 1 through 50, | |
| Defendants. | |

Presently before the Court is Defendants Cigna Corporation and Cigna Global Insurance Company Limited's Notice of Removal (ECF No. 1). The undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

**IT IS SO ORDERED.**

Dated: July 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge