UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEEAR,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION et al,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-CV-1018-W(WVG)<br><br>**ORDER (1) SCHEDULING SETTLEMENT DISPOSITION CONFERENCE AND (2) SETTING DEADLINE TO FILE JOINT MOTION TO DISMISS** |

On February 3, 2023, the Court held an Early Neutral Evaluation in the above-captioned matter. Robert Frank appeared on behalf of Plaintiff Steven Teear. Michael Newman appeared on behalf of Defendants Cigna Corporation and Cigna Global Insurance Company Limited ("Defendants"). The parties resolved this matter in its entirety.

Having consulted the attorneys for the respective parties, and good cause appearing, **IT IS HEREBY ORDERED:**

1. On or before **February 17, 2023**, Defendants shall provide a draft settlement agreement to Plaintiff.
2. Plaintiff shall review the settlement agreement and shall timely submit any changes to Defendants. In the event a dispute arises regarding the terms of the settlement agreement, the parties shall meet and confer and shall promptly notify

the Court of any dispute that they are not able to resolve themselves. The settlement agreement shall be executed on or before **February 24, 2023**.

3. Any terms of the settlement agreement that require action prior to the dismissal of this case shall by completed on or before **April 7, 2023**.

4. On or before **April 14, 2023**, the parties shall file a joint motion to dismiss this action in its entirety and with prejudice.

5. If a joint motion to dismiss is filed by the deadline above, the telephonic settlement disposition conference below will automatically be vacated without further action by the parties.

6. A telephonic settlement disposition conference is scheduled for **April 18, 2023**, at **8:30 a.m.** The Court will initiate the call. **On or before April 14, 2023,** each attorney intending to participate shall lodge, via electronic mail addressed to efile_Gallo@casd.uscourts.gov, (1) the name of each attorney who will participate and (2) a telephone number at which each attorney may be reached directly without fail at the time of the conference.

**IT IS SO ORDERED.**

DATED: February 3, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge